

## CAMBARERI & BRENNECK
ATTORNEYS AT LAW
CAMBARERIBRENNECK.COM

Stefano Cambareri, Esq.  
Scott A. Brenneck, Esq.

Joseph J. Centra, Esq.  
Melissa K. Swartz, Esq.

December 26, 2021

Hon. Therese Wiley Dancks  
United States Magistrate Judge  
Northern District of New York  
100 South Clinton Street , PO Box 7396  
Syracuse, New York, 13261-7386

*Re: US v. Tim Buckley*  
*3:21-MJ-00606*

Dear Judge Dancks:

I am writing to respectfully request that the detention hearing for the above-captioned matter be held virtually. On December 23rd, my husband was notified that he had a direct exposure to someone who tested positive for COVID-19. Since his exposure, we were notified that four other individuals in the home also tested positive. Today, my husband began experiencing symptoms similar to those reported for positive cases. We have tests scheduled, but I do not think we will have our results before Wednesday. In any event, in an abundance of caution, I ask that the detention hearing be held virtually. I have spoken with AUSA LaRochelle and he consents to this request.

If you require any additional information, please do not hesitate to contact me.

Sincerely,

*Melissa K. Swartz*

Melissa K. Swartz, Esq. - Bar Roll No. 700599